Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAL CITY POST NO. 476, THE AMERICAN LEGION, et al. <br><br> Defendant. | CASE NO. 1:10-cv-00762-AWI-JLT <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE SCHEDULING CONFERENCE; AND ORDER** |

**TO THE HONORABLE JENNIFER L. THURSTON, THE DEFENDANT, AND ITS ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Scheduling Conference in this action, presently set for Thursday, October 7, 2010 at 9:00 a.m. This request will be, and is, necessitated by the fact that defendant Cal City Post No. 476, The American Legion, an unknown business entity d/b/a Cal City American Legion, Post 476 a/k/a Harry V. Bailey, Sr. American Legion Post 476 is in default and Plaintiff's Application for Default Judgment is currently pending before the Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the

case itself or the preparation of a Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Scheduling Conference presently scheduled for Thursday, October 7, 2010 at 9:00 a.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: September 24, 2010

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

## **ORDER**

It is hereby ordered that the Scheduling Conference in civil action number 1:10-cv-00762-AWI-JLT styled *J & J Sports Productions, Inc. v. Cal City Post No. 476, The American Legion, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **September 24, 2010**              /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE